[Crim. No. 174.   Department One.—August 18, 1896.]

THE PEOPLE, APPELLANT, *v.* J. F. HIGGINS, RESPONDENT.

CRIMINAL LAW—ORDER SETTING ASIDE INFORMATION NONAPPEALABLE.
  An appeal cannot be taken by the people from an order setting aside an information; and such an appeal will be dismissed by the appellate court of its motion for want of jurisdiction, although the objection is not raised by respondent.

APPEAL from an order of the Superior Court of the

City and County of San Francisco setting aside an information. EDWARD A. BELCHER, Judge.

The facts are stated in the opinion of the court.

*W. F. Fitzgerald, Attorney General,* and *Charles H. Jackson, Deputy Attorney General,* for Appellant.

*Joseph Hutchinson,* for Respondent.

THE COURT.—This is an appeal taken by the people from an order of the superior court setting aside the information upon motion of the defendant.

The appeal cannot be entertained. While the objection is not made by respondent, the appeal is one of which we have not jurisdiction, since the instance is not one in which the people are authorized to appeal. (Pen. Code, sec. 1238; *People* v. *Richter,* 113 Cal. 473.)

Appeal dismissed.